SUPREME COURT STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------X

HSBC BANK USA, NATIONAL ASSOCIATION,
successor-by-merger to HSBC BANK, USA,

        Plaintiff,

-against-

NEW YORK BROTHERS PIZZA CORPORATION
and IVETTE NUNEZ,

        Defendants.

---------------------------------------------------------------X

**DEFAULT JUDGMENT**

Index No.: 115806/06

010530

Upon the Summons and Verified Complaint in this action filed with this court on October 23, 2006 and served upon the Defendants New York Brothers Pizza Corporation and Ivette Nunez on October 24, 2006, by registered mail, return receipt requested, sent to their last known addresses as agreed to by the defendants in a certain Business Credit Application and Business Lending Agreement, the terms of which the defendants agreed in writing to be subject to, a copy of each of which is annexed to the Verified Complaint, the time for defendant to appear, answer or move in response to the Verified Complaint having expired and defendant having failed to so appear, answer, or move,

NOW, upon the motion of Lewis M. Smoley, attorney for plaintiff, it is

ADJUDGED that plaintiff HSBC BANK USA, NATIONAL ASSOCIATION, successor-by-merger to HSBC BANK, USA ~~(redacted)~~) with an office located at 605 Third Avenue, New York, New York 10158, have judgment against Defendants New York Brothers Pizza Corporation, located at 1 Main Street, Garnerville, New York 10923 and IVETTE NUNEZ, located at 19 Heritage Drive, Apt. E, New City, New York 10956, in the liquidated amount of $91,407.18 *plus accrued pre maturity InteresT In The amounT of $ 9,437.14, TogeTher with costs and disbursements as Taxed by The clerk*

✗   $554.60        $ 101,398.92
in the amount of ~~$455.00~~, for a total sum of ~~$$101,299.32~~, and that plaintiff have execution therefor.

Judgment entered this
30   day of   April, 2007

_____
Clerk

**FILED**

APR 30 2007

NEW YORK
COUNTY CLERK'S OFFICE

00357464