IN THE SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

HSBC Bank USA, National Association,   PLAINTIFF
successor by merger to HSBC Bank USA

V.                                              Case No. 1115806/06

New York Brothers Pizza Corporation   , DEFENDANT
and Ivette Nunez,

## ASSIGNMENT OF JUDGMENT

For valuable consideration, receipt of which is acknowledged, HSBC Bank USA, NA. and its predecessors, Plaintiff ("Plaintiff") does hereby sell, assign, transfer and set over unto Landmark Capital Investments, Inc., 1268 N. River Rd. Warren, OH 44483 its successors and assigns, all of their right, title and interest in the within Judgment granted in favor of Plaintiffs and against Defendant on or about April 30, 2007 in the amount of $101,398.92.

In witness whereof, Plaintiff has executed this assignment this 6th day of June, 2007.

In the presence of :

Print: Niki Chapman

HSBC Bank USA, National Association,
Successor by merger to HSBC Bank, USA

BY: W. Jeff Buskey, Vice President of Landmark Capital Investments, Inc. agent and attorney in fact for HSBC Bank USA, National Association

Sworn to and subscribed before me
this 6th day of June, 2007

Amy R. Vasbinder
Notary Public

My Commission Expires:
March 26, 2012

Prepared By & Return To:
LMS Services, Inc.
P.O. Box 4302
Warren, OH 44482
09LCI00132 & 133