1 South Main St Ste 100
New City, NY 10956
(845) 638-5221

## Rockland County Clerk Recording Cover Sheet

**Received From:**
IVETTE NUNEZ
19E HERITAGE DR
NEW CITY, NY 10956

**Return To:**
MIGUEL NUNEZ JR
19E HERITAGE DR
NEW CITY, NY 10956

**First GRANTOR**
NUNEZ, IVETTE

**First GRANTEE**
NUNEZ, MIGUEL JR

Index Type : Land Records
Instr Number : 2007-00006082
Book :           Page :
Type of Instrument : Deed
Type of Transaction : Deed
Recording Fee :     $123.00
Recording Pages :   6

### Real Estate Transfer Tax

| | |
|---|---|
| RETT # : | 3356 |
| Deed Amount : | $0.00 |
| RETT Amount : | $0.00 |
| Total Fees : | $123.00 |

Doc ID - 017177700006

The Property affected by this Instrument is situated in Clarkstown, in the County of Rockland, New York

State of New York
County of Rockland

I hereby certify that the within and foregoing was recorded in the Clerk's office for Rockland County, New York

On (Recorded Date) : 02/07/2007
At (Recorded Time) : 3:03:18 PM

Paul Piperato, County Clerk



This sheet constitutes the Clerks endorsement required by Section 319 of Real Property Law of the State of New York
Entered By: COUNTER1   Printed On : 02/06/2007 At : 9:25:09AM

File#:200700006082

# BARGAIN AND SALE DEED WITH COVENANT AGAINST GRANTOR'S ACTS
## (INDIVIDUAL OR CORPORATION)

### STANDARD NYBTU FORM 8007

CAUTION: THIS AGREEMENT SHOULD BE PREPARED BY AN ATTORNEY AND REVIEWED BY ATTORNEYS FOR SELLER AND PURCHASER BEFORE SIGNING.

THIS INDENTURE, made the 7th day of February, two thousand and seven, between

Ivette Nunez, 19-E Heritage Drive, New City, New York 10956

,party of the first part, and

Miguel Nunez, Jr., 19-E Heritage Drive, New City, New York 10956

,party of the second part,

WITNESSETH, that the party of the first part, in consideration of Ten ($10.00) dollars, lawful money of the United States, paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

### SEE SCHEDULE "A" ANNEXED HERETO AND MADE A PART HEREOF.

BEING and intended to be the same premises conveyed by a deed from David Sanchez & Ivette Nunez to party of the first part dated April 21, 2004 and recorded in the Rockland County Clerk's Office on February 15, 2005 in Instrument Id# 2005-00008422.

Subject to the provisions of the Declaration, By-Laws, Rules, and Regulations and Floor Plans of the New City Condominium II as same may be amended from time to time, all as recorded in the Rockland County Clerk's Office, which provisions, together with any and all amendments thereto, shall constitute covenants running with the land and shall bind any person having at any time any interest or estate in the unit as though such provisions were recited and stipulated at length herein;

By the acceptance and recording of this Deed, the grantee hereby consents to the

By-Laws and Rules and Regulations of the Condominium (and Homeowner's Association) as the same may be amended from time to time, and agrees to be bound by same.

The use for which the unit is intended is that of a one-family residence except that a unit may be used for professional purposes permitted by the applicable governmental regulations.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof;

TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises,

TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

NYSBA PRACTICE FORMS 18/99

RE867.16
-1-

AND the party of the first part, covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____
Seller – Ivette Nunez

_____
Purchaser – Miguel Nunez, Jr.

Acknowledgment by a Person Within New York State (RPL § 309-a)

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF ROCKLAND   )

On the 7th day of February in the year 2007 before me, the undersigned personally, Ivette Nunez, appeared personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

XIOMARA E LOPEZ
Notary Public, State of New York
No. 01LO5141974
Qualified in Rockland County
Commission Expires 3-3-10

HR067.16
-2-

NYSP \ PRACTICE FORMS 10/99

Acknowledgment by a Person Within New York State (RPL § 309-a)

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF ROCKLAND  )

On the 7th day of February in the year 2007 before me, the undersigned, personally, Miguel Nunez, Jr. appeared personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

XIOMARA E LOPEZ
Notary Public, State of New York
No. 01LU6161974
Qualified in Rockland County
Commission Expires 2-3-10

Premises: 19-E Heritage Drive, New City, New York 10956
SECTION: 43.7 BLOCK: 1    LOT: 20./540

Record and Return to: Miguel Nunez, Jr.
                     19-E Heritage Drive
                     New City, New York 10956

NYSBA PRACTICE FORMS 10/99

RE867.16
-3-

File#:200700006082

## LEGAL DESCRIPTION

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Town of Clarkstown, County of Rockland, and State of New York, described as UNIT 19-E as shown on Condominium Plan entitled "New City Condominium II", filed in the Rockland County Clerk's Office (Index Number 4567/1973), together with a .007752 interest as tenants in the common elements of the Condominium described in the Declaration of

Condominium entitled "New City Condominium II" recorded in the Rockland County Clerk's Office on August 30, 1973 in Liber 934 of Deeds at Page 430 being that part of the common elements as constitutes Real Property.
19 HERITAGE DRIVE #E, NEW CITY NY 10956

INSTRUCTIONS: http://www.orps.state.ny.us or PHONE (518) 473-7222

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES
**RP - 5217**

FOR COUNTY USE ONLY
- C1. SWIS Code: 392089
- C2. Date Deed Recorded: 2/7/07
- C3. Book: 2007  Page: 06082

**PROPERTY INFORMATION**

1. Property Location: 19-E Heritage Drive, Clarkstown, 10956
2. Buyer Name: Nunez, Jr., Miguel
3. Tax Billing Address: (blank)
4. Indicate the number of Assessment Roll parcels transferred on the deed: (blank)
5. Deed Property Size: 0.01 x 0.01
6. Seller Name: Nuñez, Ivette

7. Check the box below which most accurately describes the use of the property at the time of sale:
- A [X] One Family Residential
- B [ ] 2 or 3 Family Residential
- C [ ] Residential Vacant Land
- D [ ] Non-Residential Vacant Land
- E [ ] Agricultural
- F [ ] Commercial
- G [ ] Apartment
- H [ ] Entertainment / Amusement
- I [ ] Community Service
- J [ ] Industrial
- K [ ] Public Service
- L [ ] Forest

Check the boxes below as they apply:
- 8. Ownership Type is Condominium [X]
- 9. New Construction on Vacant Land [ ]
- 10A. Property Located within an Agricultural District [ ]
- 10B. Buyer received a disclosure notice indicating that the property is in an Agricultural District [ ]

**SALE INFORMATION**

11. Sale Contract Date: N/A
12. Date of Sale / Transfer: 2/7/07
13. Full Sale Price: 0.00
14. Indicate the value of personal property included in the sale: 0.00

15. Check one or more of these conditions as applicable to transfer:
- A [ ] Sale Between Relatives or Former Relatives
- B [ ] Sale Between Related Companies or Partners in Business
- C [ ] One of the Buyers is also a Seller
- D [ ] Buyer or Seller is Government Agency or Lending Institution
- E [ ] Deed Type not Warranty or Bargain and Sale (Specify Below)
- F [ ] Sale of Fractional or Less than Fee Interest (Specify Below)
- G [ ] Significant Change in Property Between Taxable Status and Sale Dates
- H [ ] Sale of Business is Included in Sale Price
- I [ ] Other Unusual Factors Affecting Sale Price (Specify Below)
- J [X] None

**ASSESSMENT INFORMATION**

16. Year of Assessment Roll from which information taken: 06
17. Total Assessed Value: 85,600
18. Property Class: 210
19. School District Name: Clarkstown
20. Tax Map Identifier(s): 43.7-1-20/540

**CERTIFICATION**

BUYER:
Miguel Nunez Jr.    2/7/07
19 E Heritage Drive
New City, NY 10956

SELLER:
Ivette Nuñez    2/7/07

BUYER'S ATTORNEY:
Zugibe, Thomas P.
845-354-1221

NEW YORK STATE COPY

File#:200700006082