UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------------X  
LANDMARK CAPITAL INVESTMENTS, INC.,

                                            Plaintiff,      Rule 7.1 Statement

                     -against-

Case No.

IVETTE NUNEZ and MIGUEL NUNEZ, JR.,

                                          Defendants.  
------------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Plaintiff** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated:     New York, New York  
              August 28, 2007  
                                          STEPHEN VLOCK (SV0067)