UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LANDMARK CAPITAL INVESTMENTS, INC.,

                        Plaintiff,

-against-

IVETTE NUNEZ and MIGUEL NUNEZ, JR.,

                        Defendants.
------------------------------------------------------------------------X

Case No. 07 CV 7724 (DC)

OCT 0 4 2007

**DEFAULT JUDGMENT**

      WHEREAS, this action was commenced on August 30, 2007, by the filing of the summons and complaint, and Defendant Ivette Nunez was served with a copy of the Summons and Complaint by delivery to Miguel Nunez, Jr. on September 7, 2007, and Defendant Miguel Nunez, Jr. was served with a copy of the Summons and Complaint on September 7, 2007 by personal delivery to said Defendant; and

      WHEREAS, Defendants Ivette Nunez and Miguel Nunez, Jr. have not answered or made any motion with respect to the complaint herein, but instead have failed to answer or appear and the time for answering or otherwise responding to the complaint has expired, and the default has been noted by the Clerk; and

      WHEREAS, the allegations of the complaint are thereby deemed admitted as against Defendants Ivette Nunez and Miguel Nunez, Jr.,

      NOW, upon application of VLOCK & ASSOCIATES, P.C., attorneys for Plaintiff, and it having been demonstrated that Defendants Ivette Nunez and Miguel Nunez, Jr. have defaulted by failing to plead or otherwise defend, it is hereby

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07

1

Exhibit A     Exhibit B

ORDERED, ADJUDGED AND DECREED, that Plaintiff LANDMARK CAPITAL INVESTMENTS, INC., 1268 North River Road, Warren, Ohio 44483, recover of Defendant MIGUEL NUNEZ, JR., 19E Heritage Drive, New City, New York 10956, in the principal sum of $101,398.92, together with interest in the sum of $3,875.38, for a total sum of $105,274.30, and that Plaintiff have execution therefor; and it is further

ORDERED, ADJUDGED AND DECREED, that the Deed dated February 7, 2007 and recorded on February 7, 2007, in the office of the Clerk of the County of Rockland, State of New York, as Instrument No. 2007-00006082, is hereby voided, vacated and set aside, and title to the premises located at 19E Heritage Drive, New City, New York is hereby restored to the name of Defendant IVETTE NUNEZ.

Dated:   New York, New York
         October  15  , 2007

_____
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 10/15/07

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

2

Exhibit A      Exhibit B